SAFE HARBOR MARINE
&
MARINA BAY
PLAINTIFF

V.                                                    24-CV-12688-MJJ

MY-GEORGIA MAE
Robert J. Spenlwhamer
DEFENDANT

MOTION FOR EMERGENCY HEARING IN THE
MATTER OF SEIZURE OF PROPERTY
WITHOUT PROPER NOTICE AND DUE-PROCESS
OF LAW

TO THE HONORABLE MYONG J. JUAN, FEDERAL
DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

THIS MATTER IS SUBJECT TO THE DIRECT SUPERVISION
OF THIS HONORABLE COURT AND HAS BEEN
RECENTLY SUPERVISED AND HEARD ON APRIL 8, 2025,
AND ACCORDINGLY, AN ORDER WAS ENTERED BY
THIS COURT FOR A SCHEDUALING AGREEMENT
BY THE PARTIES AT THAT TIME. (JOINTLY)
    SHORTLY AFTER THIS JOINT AGREEMENT WAS
APPROVED BY THE COURT, THE DEFENDANT
ON BEHALF OF THE YACHT "GEORGIA MAE"
EMAILED COUNSEL FOR THE PLAINTIFFS,
ATTORNEY STEVEN GUARD, TO ADVISE HIM

THAT THE OWNER OF THE MOTOR YACHT IN THIS LITIGATION "HAD CONCERNS THAT THE ORDERS OF THIS COURT, PERSUANT TO THE PLAINTIFFS COMPLAINT FILED IN OCTOBER, 2024 (EMAIL IS ON MY PHONE AND NOT PERMITTED HERE) PERMITTING SEIZURE OF THIS PROPERTY WOULD NOT BE ACTED UPON WITHOUT THIS COURT'S FURTHER INSTRUCTIONS AND CONSENT. THE EMAIL WAS NOT RESPONDED TO. THAT MISSING RESPONSE AND CONFIRMATION OF THE STATUS OF THE AFORE MENTIONED REQUEST FOR SPECIFIC CLARIFICATION FROM THE PLAINTIFFS COUNSEL CONCERNED PLAINTIFF. ON FRIDAY, MAY 16, 2025, DEFENDANT RECEIVED A CALL FROM A PARTY ACTING ON OUR BEHALF TO INFORM MY SON RYAN THAT THE YACHT WAS REMOVED AS OF FRIDAY NIGHT. THAT PROMPTED THE SPENLINHAUER OWNERS, FATHER, ROBERT AND SON, RYAN, TO BEGIN AN INQUIRY AND LEAVE TEXT MESSAGES, EMAILS AND PHONE CALLS TO MARINA STAFF OVER THE ENTIRE WEEKEND TIMEFRAME. AGAIN ON MONDAY, MAY 19, 2025, CALLS WERE MADE BY ROBERT TO THE MARINA GENERAL MANAGER, MR. TYER MILLER, WITH NO RESPONSE.

THERE ARE NUMEROUS OTHER FACTS CONCERNING OUR RECENT SHORT ABSENCE DIRECTLY FROM THE MARINA AND OUR BOAT RESIDENCE WHICH BOTH THE PLAINTIFF AND THIS COURT MAY WISH TO INQUIRE ABOUT. THE PURPOSE OF THIS MOTION IS TO PROVIDE A PROPER HEARING TO ESTABLISH THE RADICAL AND UNJUST BEHAVION IN VIEW OF THE CLAIMS THAT ARE CURRENTLY BEFORE THIS COURT. WE SINCERLEY WISH TO HAVE OUR DAY IN COURT THROUGH THE ESTABLISHED DUE-PROCESS RIGHTS AFFORDED US IN THIS ACTION. MY UNDERSTANDING WAS [AND IS] THAT THIS PROCESS WAS FULLY APPROVED AND AGREED TO IN APRIL. THE DEFENDANTS ARE NOW DEPRIVED OF ALL OF THEIR PERSONAL PROPERTY, INCLUDING COMPUTER AND RESOURCES, FILES CONCERNING ON GOING BANKRUPTCY COURT AND U.S. TAX COURT CASES FILED IN 2018 AND REMAINING UNDER ADVISEMENT.

THE MARINA AND ITS MANAGEMENT ARE ACTING IN BAD FAITH ALONG WITH THEIR COUNSEL IN NOT ADVISING BOTH RESIDENTS OF THEIR RECENT INTENSIONS. WE BOTH, RYAN AND ROBERT, DEPEND ON OUR YACHT FOR OUR SAFETY AND COMFORT. IT CONTINUES TO BE OUR RESIDENSE. ALL MATTERS RELATING TO DOCKAGE, WILL BE PROPERLY ADJUDICATED FAIRLY BY THE PARTIES IN THIS ADVERSE ACTION MAINE PROVIDES A TEMPORARY SUB-STANDARD BARN, IN LIEU OF OUR YACHT. IT IS LOCATED IN THE REMOTE TOWN OF PARSONSFIELD IN SOUTHERN MAINE. IT IS NEITHER APPROVED AS A HABITAL RESIDENCE, NOR DOES IT CURRENTLY HAVE RUNNING WATER, SEPTIC FACILITIES OR OTHER FUNCTIONING ROOMS, ETC. THIS CONTINUES TO CONFUSE THE MARINA AS TO OUR NEED TO REMAIN THERE FOR OUR SAFETY.

5

MY ARDENT DESIRE IS TO STAND BEFORE THIS COURT, ALONG WITH MY SON RYAN, TO EXPLAIN MORE FULLY HOW THE MARINA HAS RECENTLY ACTED WITHOUT CAUSE OR JUSTIFICATION TO ALLOW US TO STAY ON OUR YACHT/HOME WITHOUT THIS COURT'S AUTHORITY AND AGREEMENT.

TODAY, I WAS TOLD THAT QUINCY POLICE WOULD "ARREST ME" "ON SIGHT" IF I STEPPED FOOT ON THE GENERAL PROPERTY OPEN TO THE PUBLIC, BUT NOT SPECIFICALLY AS A DETERRENT TO THEIR DOCKS.

I BELIEVE THAT THIS STEP IS THREATENING, UNJUSTIFIED AND IS VERY CONVINCINGLY UNNECESSARY AND BORDERLINE HARASSMENT OF A LAW ABIDING SENIOR CITIZEN NOW 80 YEARS OLD. IT'S ALSO HUMILIATING!

SHOULD THIS COURT AGREE, THE DEFENDANTS REQUEST AN EMERGENCY HEARING TO DISCUSS THE PLAINTIFFS ACTIONS TO OVERLOOK OR CONFIRM THIS COURTS AUTHORITY TO CONFISCATE OR OTHERWISE "SEIZE" OUR PROPERTY UNJUSTLY WITHOUT THE DUE-PROCESS REMEDIES THAT WE ALL DESERVE

THE YACHT "GEORGIA MAE" HAS NOT ATTEMPTED, NOR WILL IT EVER ATTEMPT TO, EVADE OR DENY ITS OBLIGATIONS SHOULD THEY BECOME FAIRLY ADJUDICATED, OR, IN THE CONTRARY, SETTLED BY THE PARTIES.

THANK YOU.

ROBERT J. SPENLINHAUER
MARINA BAY
QUINCY, MA 02171