UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SHM MARINA BAY LLC,
Plaintiff,

v.

MOTOR YACHT GEORGIA MAE (O.N. 574441), her engines,
tackle, furniture, etc., in rem, and ROBERT J. SPENLINHAUER,
in personam,
Defendants.

Case No.: 1:24-cv-12688-MJJ

DEFENDANT ROBERT J. SPENLINHAUER'S MEMORANDUM OF LAW IN SUPPORT OF
EMERGENCY MOTION FOR STAY PENDING ADJUDICATION

I. INTRODUCTION & EMERGENCY STATUS
The Defendant, Robert J. Spenlinhauer, appearing pro se, respectfully submits this Memorandum of Law in support of his Emergency Motion for Stay. An immediate stay of all proceedings, foreclosures, or alterations to the res is required to prevent immediate, irreparable harm to the Defendant's primary residence and to address fundamental jurisdictional defects that render this entire action void.

II. RELEVANT LAW & ARGUMENT

A. THE SEIZURE VIOLATED THE FEDERAL BANKRUPTCY AUTOMATIC STAY AND IS VOID AS A MATTER OF LAW.
Under 11 U.S.C. § 362(a), the filing of a bankruptcy petition invokes an automatic stay that halts all collection, foreclosure, and enforcement actions against the debtor and property of the estate. It is a well-established federal principle that any action taken in violation of the automatic stay is void ab initio (void from the very beginning).

The Plaintiff executed a non-consensual haul-out and seizure of the Motor Yacht Georgia Mae on Friday, May 16, 2025. At that time, a federal automatic stay was in full force and effect. Because the seizure directly violated 11 U.S.C. § 362, the initial arrest is legally void, stripping this Court of proper in rem jurisdiction to proceed until this violation is adjudicated.

B. THE PRINCIPLE OF JUDICIAL COMITY DEMANDS RESPECT FOR THE STANDING STATE COURT STAY.
On November 1, 2024, the Massachusetts Housing Court issued an explicit Stay of Execution regarding the possession of the Defendant's residence on the vessel. The Plaintiff used emergency maritime arrest procedures in bad faith as a backdoor mechanism to execute a residential eviction that a state court had already blocked. Judicial comity requires federal courts to respect and uphold these active state court protections rather than allowing maritime law to be abused to bypass landlord-tenant rules.

III. CONCLUSION
To preserve the status quo and prevent a void action from causing permanent damage to the Defendant's property and residence, this Court must halt all proceedings. The Defendant respectfully requests that the Court grant the Emergency Motion for Stay.

Respectfully submitted,

By: _____
Robert J. Spenlinhauer, Pro Se
1393 North Road
Parsonsfield, ME 04047
(617) 388-3085
bobjspen@aol.com

Dated: June 5, 2026

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SHM MARINA BAY LLC,
Plaintiff,

v.

MOTOR YACHT GEORGIA MAE (O.N. 574441), her engines,
tackle, furniture, etc., in rem, and ROBERT J. SPENLINHAUER,
in personam,
Defendants.

Case No.: 1:24-cv-12688-MJJ

[PROPOSED] EMERGENCY ORDER TO STAY PROCEEDINGS

This matter came before the Court on the Emergency Motion of Defendant Robert J. Spenlinhauer for a Stay of Proceedings. After consideration of the pleadings, the Memorandum of Law, the Affidavit of the Defendant, and the arguments of the parties, it is hereby ORDERED:

1. EMERGENCY STAY GRANTED: To preserve the status quo and prevent immediate, irreparable harm to the res and the Defendant's primary residence, all proceedings in the above-captioned matter are hereby STAYED effective immediately.

2. SUSPENSION OF FORECLOSURE AND ALTERATIONS: Plaintiff SHM Marina Bay LLC, its agents, employees, and the Substitute Custodian are strictly prohibited from moving forward with any foreclosure sales, actions, transfers of title, or structural alterations to the Motor Yacht Georgia Mae during the pendency of this stay.

3. ADJUDICATION OF STAY VIOLATIONS: This Emergency Stay shall remain in full force and effect until this Court holds a plenary hearing and fully adjudicates the jurisdictional defects raised by the Defendant, namely the alleged violations of the Federal Bankruptcy Court's Automatic Stay (11 U.S.C. § 362) and the Massachusetts Housing Court's Stay of Execution.

SO ORDERED.

Dated: _____, 2026    _____
                                 UNITED STATES DISTRICT JUDGE

Sent from the all new AOL app for iOS