UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SHM MARINA BAY LLC,
Plaintiff,

v.

MOTOR YACHT GEORGIA MAE (O.N. 574441), her engines,
tackle, furniture, etc., in rem, and ROBERT J. SPENLINHAUER,
in personam,
Defendants.

Case No.: 1:24-cv-12688-MJJ


AFFIDAVIT OF ROBERT J. SPENLINHAUER IN SUPPORT OF
EMERGENCY MOTION FOR STAY PENDING ADJUDICATION

I, Robert J. Spenlinhauer, swear under the pains and penalties of perjury that the following statements are true and accurate based upon my own personal knowledge, information, and belief:

1. I am the Defendant/Claimant pro se in the above-captioned matter and the owner of the Motor Yacht Georgia Mae (O.N. 574441).

2. The Motor Yacht Georgia Mae serves as the primary, permanent residence for myself and my son, Ryan.

3. On November 1, 2024, the Massachusetts Housing Court issued a formal Stay of Execution regarding the possession and occupancy of said residence.

4. At all relevant times, including on May 16, 2025, an Automatic Stay issued by the Federal Bankruptcy Court under 11 U.S.C. § 362 was actively in full force and effect protecting my assets and estate.

5. Defying both the state housing court order and the federal bankruptcy protections, the Plaintiff planned and executed a non-consensual, hostile haul-out and seizure of the vessel on Friday, May 16, 2025.

6. This hostile Friday evening seizure was deliberately calculated to disrupt our immediate access to legal recourse over the weekend, caused immediate disruption to our shelter, and resulted in the unauthorized conversion of our personal effects stored inside the vessel.

7. Immediate and irreparable harm will occur to my primary residence, my property, and my legal rights if this Court does not issue an immediate emergency stay of all proceedings.

_____
Robert J. Spenlinhauer, Affiant


State of _____
County of _____

Subscribed and sworn to before me this _____ day of _____, 2026, by Robert J. Spenlinhauer, who proved to me on the basis of satisfactory evidence to be the person who appeared before me.


_____
Notary Public
My Commission Expires: _____

Dated: June 5, 2026